# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CAROL LEE WALKER | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | NO. 17-40 |
| BRIAN T. COFFEY, *et al.* | : | |

## ORDER

**AND NOW**, this 24th day of April 2017, upon consideration of Defendants' Motion to dismiss (ECF Doc. No. 8), Plaintiff's Opposition (ECF Doc. No. 12), Defendants' Reply (ECF Doc. No. 15), oral argument, Plaintiff's post-argument memorandum (ECF Doc. No. 18), Defendants' post-argument memorandum (ECF Doc. No. 19), and for reasons in the accompanying memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 8) is **GRANTED** as we find the two (2) Defendants are entitled to qualified immunity mandating dismissal. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**