IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CAROL LEE WALKER | : CIVIL ACTION |
|---|---|
| v. | : NO. 17-40 |
| SENIOR DEPUTY BRIAN T. COFFEY, *et al.* | : |

# **ORDER**

**AND NOW**, this 11th day of December 2018, upon considering Defendants' Motion to dismiss (ECF Doc. No. 30), Plaintiff's Response (ECF Doc. No. 32), Defendants' Reply (ECF Doc. No. 33), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to dismiss (ECF Doc. No. 30) is **GRANTED** and the Clerk of Court shall **close** this case.

_____
KEARNEY, J.